IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CAROLINE PAULA MORE,

                     Plaintiff,

  v.

DANIEL GUENTZ and SERGEANT CODY,

                     Defendants.

ORDER

17-cv-401-jdp

---

Pro se plaintiff Caroline More claims that defendants Daniel Guentz and Sergeant Cody violated the Fourth Amendment when they handcuffed her to a bed at Tellurian Hospital, a drug treatment facility. Defendants have moved for summary judgment. Dkt. 24. More has not responded to defendants' motion.

Defendants, and the court, have been unable to contact More; mailing sent to her most recent address have been returned as undeliverable. *See* Dkt. 30. A search of the Wisconsin Department of Corrections' offender locator shows that More is currently incarcerated at Taycheedah Correctional Institution.[1] This explains why she is no longer available at her previous address. Nonetheless, it is More's responsibility to notify the court of any change in address, and her failure to do so calls into question whether she wishes to prosecute this case.

Before I dismiss the case with prejudice for More's failure to prosecute it, I will direct the clerk of court to send copies of this order, the court's pretrial conference order, and defendants' motion for summary judgment to More's current address at Taycheedah Correctional Institution. I will give More a short time to explain whether she still wishes to

---

[1] Available at https://appsdoc.wi.gov/lop/.

prosecute this lawsuit. If she does, she will have the same deadline to show cause why she was not able to notify the court of her change of address and why I should not dismiss the case for lack of prosecution. If More does not respond by the deadline, I will dismiss the case with prejudice.

ORDER

IT IS ORDERED that:

1. The clerk of court is directed to send copies of this order, the pretrial conference order, Dkt. 23, and defendants' summary judgment materials, Dkts. 24–28, to Caroline More (DOC # 00642563) at Taycheedah Correctional Institution.

2. More may have until May 13, 2019, to indicate to the court whether she still wishes to proceed with this lawsuit and to show cause why she was not able to notify the court of her change of address.

3. If More does not respond to his order by May 13, 2019, the case will be dismissed with prejudice for More's failure to prosecute it.

Entered April 29, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge