IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CAROLINE PAULA MORE,

                Plaintiff,

v.

DANIEL GUENTZ and SERGEANT CODY,

                Defendants.

ORDER

17-cv-401-jdp

---

For the past several months, neither defense counsel nor the court was able to contact plaintiff Caroline More. But after discovering that More was incarcerated at Taycheedah Correctional Institution, the court contacted More and ordered her to indicate whether she still wishes to litigate the case. Dkt. 33. More now indicates that she does, but that she needs an extension until July 8 to hire a lawyer. Dkt. 34. She says that she has limited access to the law library, and that she cannot read because her medication gives her double-vision.

I will extend More's deadline to respond to defendant's motion for summary judgment to July 8, 2019. But More will need to file a response whether or not she finds a lawyer. If she is unable to meet this deadline because of her vision problems, then she must file corroborating evidence showing that her medication makes her unable to read or write.

This case is relatively straightforward. I allowed More to proceed on only one claim: that defendants violated the Fourth Amendment by handcuffing her to a bed for three hours. Dkt. 8. At summary judgment, defendants say that they never restrained More to a bed or saw anyone else do so. All More needs to do now is present what evidence she has that (1) these defendants did handcuff her to a bed, and (2) that the decision to handcuff her to the bed was unreasonable. She does not need extensive access to the prison's library to do this. The pretrial

conference order, which the court sent to More, explains how to respond to a motion for summary judgment.

Defendants will have until July 18 to file a brief in reply.

## ORDER

IT IS ORDERED that:

1. Plaintiff Caroline More has until July 8, 2019, to respond to defendants' motion for summary judgment.

2. If More is unable to meet this deadline because of her vision problems, then she must submit corroborating evidence showing that she is unable to read due to the side effects from her medication.

3. Defendants' brief in reply is due July 18, 2019.

Entered May 16, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge