IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLINE PAULA MORE,

    Plaintiff,

  v.

IOWA COUNTY SHERIFF STEVE MICHEK, IOWA COUNTY DEPUTIES IOWA COUNTY, SHERIFF DEPARTMENT OF IOWA COUNTY, SARGEANT CAREY, DEPUTY DANIEL GUENTZ, MEDICAL STAFF AT IOWA COUNTY SHERIFF DEPARTMENT, MINERAL POINT POLICE OFFICER SCHMITZ, UPLANDS HILLS HEALTH, UPLAND HILLS PHYSICIAN JOSEPH HANSEN, UPLAND'S R.N. DEB GALLAGHER, TELLURIAN UCAN, INC. NURSES AND STAFF, WINNEBAGO MENTAL HEALTH INSTITUTE IN WISCONSIN, STATE OF WISCONSIN JUSTICE DEPT and THE STATE OF WISCONSIN,

    Defendants.

Case No. 17-cv-401-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/24/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |